NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSHUA A. HINKLE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7094

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0515, Judge John J. Farley, III.

---

## ON MOTION

---

## ORDER

The parties jointly move to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**SEP 0 9 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Laurence M. Sandell, Esq.
      Scott D. Austin, Esq.

s21

Issued As A Mandate:     **SEP 0 9 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 0 9 2011**

**JAN HORBALY**
**CLERK**